STATE OF CONNECTICUT *v.* PAOLINO SANSEVERINO

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 198 (AC 25793), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes § 53a-92 (a) (2) (A), kidnapping in the first degree, is not unconstitutionally vague as applied to the defendant's conduct?"

The Supreme Court docket number is SC 17787.

*Johanna M. Canning,* in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided December 6, 2006